# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2097 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | 45 DB 2012 |
| | : | |
| v. | : | Attorney Registration No. 83775 |
| | : | |
| JASON JOSEPH MAZZEI, | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of November, 2014, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board dated September 3, 2014, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

    ORDERED that Jason Joseph Mazzei is suspended on consent from the Bar of this Commonwealth for a period of three years and he shall comply with all the provisions of Rule 217, Pa.R.D.E.